IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARCUS JEROME JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:22-CV-249 (MTT) |
| WARDEN LAWRENCE WHITTINGTON, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting the defendant's motion to dismiss (Doc. 15). Doc. 26. The Magistrate Judge concluded dismissal was appropriate because plaintiff Marcus Jerome Jackson failed to exhaust his administrative remedies. *Id*. at 10. Jackson does not object to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.[1] The Court finds none. Therefore, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 26) is **ADOPTED** and made the Order of the Court. Accordingly, the defendant's motion to dismiss (Doc. 15) is **GRANTED**.

**SO ORDERED**, this 10th day of August, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] However, even if reviewed de novo, the result would be the same.